```
Floyd W. Bybee, #012651
BYBEE LAW CENTER, PLC
4445 E. Holmes Avenue
Suite 107
Mesa, Arizona 85206-3398
Office:  (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Sunny Wiltbank,**<br><br>    Plaintiff,<br><br>v.<br><br>**Portfolio Recovery Associates, L.L.C.,**<br><br>    Defendant. | No. CV 09-0643-PHX-NVW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this action with prejudice, each party to bear its own attorney's fees and costs.

/ / /

/ / /

1
2      DATED   May 5, 2009  .
3
4                                    s/ Floyd W. Bybee
                                    Floyd W. Bybee, #012651
5                                   **BYBEE LAW CENTER, PLC**
                                    4445 E. Holmes Avenue
6                                   Suite 107
                                    Mesa, Arizona 85206-3398
7                                   Office:  (480) 756-8822
                                    Fax: (480) 302-4186
8                                   floyd@bybeelaw.com

9                                   Attorney for Plaintiff

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

- 2 -